# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0558
LT Case No. 2022-101384-CFDL

_____

JAMES S. BLACKWELDER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Kathleen McNeilly, Judge.

Michael C. Nappi, Chief Assistant Regional Counsel, of Office
of Criminal Conflict and Civil Regional Counsel, Casselberry,
for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M.
Williams, Assistant Attorney General, Daytona Beach, for
Appellee.

February 5, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____